# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TIMOTHY LAWRENCE-RODRIGUEZ,
    Plaintiff,

                              Case No. 04-71809

v.                           Hon. Gerald E. Rosen

                            Magistrate Judge Wallace Capel, Jr.

COMMISSIONER OF
SOCIAL SECURITY,
    Defendant.
_____/

## JUDGMENT OF DISMISSAL

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on
PRESENT:  Honorable Gerald E. Rosen
                United States District Judge

The Court having this date entered an Order adopting the Magistrate Judge's June 7, 2005 Report and Recommendation, denying Plaintiff's motion for summary judgment, and granting Defendant's motion for summary judgment,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case be, and hereby is, DISMISSED in its entirety with prejudice.

Dated: September 26, 2005

                                        s/Gerald E. Rosen
                                        Gerald E. Rosen
                                        United States District Judge

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 26, 2005, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager